UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00123

**Randal W. Wright**,

*Petitioner,*

v.

**Judge Kerry L. Russell**,

*Respondent.*

### ORDER

On March 6, 2023, petitioner Randal W. Wright, proceeding pro se, filed the above-styled and numbered petition for a writ of habeas corpus. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On November 21, 2023, the magistrate judge issued a report and recommendation (Doc. 10) concluding that petitioner's 28 U.S.C. § 2254 petition should be dismissed without prejudice for failure to exhaust his state habeas corpus remedies. The report also recommended that a certificate of appealability be denied.

There being no objections, and the court being satisfied that the report contains no clear error, the court accepts the findings and conclusions of the magistrate judge. Accordingly, the petition is dismissed without prejudice for failure to exhaust state habeas corpus remedies. A certificate of appealability is denied. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on January 26, 2024.*

J. CAMPBELL BARKER
United States District Judge